**Order issued July 22, 2013**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-12-00229-CV

———————————

**JONATHAN LEVINE AND SAMANTHA LEVINE, Appellants**

**V.**

**STEVE SCHARN CUSTOM HOMES, INC., STEVE SCHARN, AND NEWFIRST NATIONAL BANK, Appellees**

**On Appeal from the 268th District Court**
**Fort Bend County, Texas**
**Trial Court Case No. 08-DCV-162201**

## MEMORANDUM ORDER OF DISMISSAL

Appellees and Cross-Appellants, Steve Scharn Custom Homes, Inc. and Steven Scharn, filed a notice of appeal on March 29, 2012. On October 2, 2012, Steve Scharn Custom Homes, Inc. and Steven Scharn filed an unopposed motion for dismissal of their appeal. We GRANT the motion and ORDER that Steve

Scharn Custom Homes, Inc. and Steven Scharn's appeal be dismissed. *See* TEX. R. APP. P. 42.1(a)(1). Jonathan Levine and Samantha Levine's appeal remains on the docket.

It is so ORDERED.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Bland.